■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMETRIUS PEREZ, Appellant. [710 NYS2d 910] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 20, 1998 (*People v Perez,* 249 AD2d 492), affirming a judgment of the County Court, Westchester County, rendered June 23, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Joy, Friedmann and Florio, JJ., concur.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY PETERSON, Appellant. [710 NYS2d 913] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 14, 1999 (*People v Peterson,* 262 AD2d 502), affirming a judgment of the Supreme Court, Queens County, rendered May 30, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Krausman, J. P., McGinity, Feuerstein and Smith, JJ., concur.